# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
Phone: 908-795-5200
jacksonlewis.com
Jason C. Gavejian  – Managing Principal

JAMES M. McDONNELL
EMAIL: james.mcdonnell@jacksonlewis.com
DIRECT DIAL: 908.795.5208

KURT J. FERDENZI
EMAIL: kurt.ferdenzi@jacksonlewis.com
DIRECT DIAL: 908.795.2952

December 8, 2025

**VIA ELECTRONIC CASE FILING**
Hon. Jose R. Almonte, U.S.M.J.
Martin Luther King, Jr. Fed. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

SO ORDERED.

*[signature]*

Hon. José R. Almonte, U.S.M.J.
Date: December 9, 2025

Re:  Morales v. TheBGB, Inc., *et al*.
     Civil Action No.: 2:25cv17079 (EP)(JRA)

Dear Judge Almonte:

We represent the Defendants in the above-matter and were recently retained. Currently, the responsive pleading is due today, Monday, December 8, 2025. However, we reached out to Plaintiffs' counsel and obtained consent to extend the time to answer, move or otherwise respond to the complaint for forty-five (45) days, i.e., until January 22, 2026.

We thank you for your time and attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

*s/James M. McDonnell*
James M. McDonnell
Kurt J. Ferdenzi

JMM/KJF

cc:  Louis Pechman, Esq. (via email) (pechman@pechmanlaw.com)
     Galen C. Baynes, Esq. (via email) (baynes@pechmanlaw.com)